IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01731-RPM

TARA PATTON,

     Plaintiff,

v.

SPECIAL KIDS SPECIAL FAMILIES, INC.,

     Defendant.

---

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [10], it is

ORDERED that this case is dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated: November 30th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge